FILED by **BD** D.C.

May 9, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20273-CR-MORENO/LOUIS**

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

BILL K. KAPRI, a/k/a
DIEUSON OCTAVE, a/k/a
"KODAK BLACK,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1 - 2

On or about the date specified as to each count below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BILL K. KAPRI, a/k/a
DIEUSON OCTAVE, a/k/a
"KODAK BLACK,"**

in connection with the acquisition and attempted acquisition of a firearm from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearms, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him

for more than one year, when in truth and in fact, and as the defendant then and there well knew, he was under indictment or information for a felony or any other crime for which the judge could imprison him for more than one year, as described below:

| COUNT | DATE | FEDERAL FIREARMS LICENSEE |
|---|---|---|
| 1 | January 25, 2019 | Lou's Police Distributors |
| 2 | March 1, 2019 | Lou's Police Distributors |

All in violation of Title 18, United States Code, Section 922(a)(6).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture to the United States of property in which the defendant, **BILL K. KAPRI, a/k/a DIEUSON OCTAVE, a/k/a "KODAK BLACK,"** has an interest.

2. Upon conviction of any of the offenses charged in this Indictment, the defendant, **BILL K. KAPRI, a/k/a DIEUSON OCTAVE, a/k/a "KODAK BLACK,"** shall forfeit to the United States any firearm involved in the commission of the offenses.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.                               **CERTIFICATE OF TRIAL ATTORNEY***

**BILL K. KAPRI, a/k/a**
**DIEUSON OCTAVE, a/k/a**
**"KODAK BLACK,"** _____
                    Defendant

**Court Division**: (Select One)          New Defendant(s) ____ Yes ____ No
                                          Number of New Defendants ____
   Miami ____    Key West ____            Total number of counts ____
   FTL   √       WPB ____    FTP ____

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    English

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days    √                   Petty     ____
   II   6 to 10 days   ____                Minor     ____
   III  11 to 20 days  ____                Misdem.   ____
   IV   21 to 60 days  ____                Felony    √
   V    61 days and over ____

6. Has this case been previously filed in this District Court?    No    (Yes or No)
   If yes:
   Judge: _____    Case No. _____
          (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    No    (Yes or No) No ____
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?    ____ (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    √ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    √ No

                                          _____
                                          Bruce O. Brown
                                          Assistant United States Attorney
                                          Florida Bar No. 999490

Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   BILL K. KAPRI, a/k/a DIEUSON OCTAVE, a/k/a "KODAK BLACK,"

Case No: _____

### Counts 1, 2:

Making a false statement in connection with the acquisition or attempted acquisition of a firearm
Title 18, United States Code, Section 922(a)(6)

*Max. Penalty:   Maximum 10 years' imprisonment; $250,000 fine; 3 years' supervised release

\*\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.