UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    19-CR-20273-Moreno

UNITED STATES OF AMERICA,

-vs-

BILL K. KAPRI,
    Defendant.
_____/

## SUPPLEMENTAL OBJECTIONS TO THE PRESENTENCE REPORT

    COMES NOW the Defendant, Bill K. Kapri, through counsel undersigned and Supplements his Objections to the Presentence Report as follows:

    1.    Timely Objections to the Presentence Report [PSR] were filed yesterday, October 30, 2019.

    2.    That the Defendant would supplement his objection as to the guideline calculation and has already cited *United States v. James*, 769 Fed. Appx. 833 (11th Cir. 2019).

    3.    That the Defendant would quote from *James* as it relates to the objection:

> In May 2016, James filed a third § 2255 motion, again arguing that he was unlawfully convicted of the firearm offenses. He argued that his convictions were void in light of *United States v. Clark*, 822 F.3d 1213 (11th Cir. 2016), where we held that an "adjudication withheld" was no longer considered a conviction for the purposes of applying the "federal criminal statues". He argued that, as a result, his conviction under § 922(h)(1) must be vacated.

A magistrate judge issued a Report and Recommendation ("R&R"), recommending that the district court grant James's motion. The R&R noted that James had a valid "actual innocence" claim because the actions that he committed in 1985 that led to his nine convictions in 1986 had been determined by *Clarke* to not constitute a crime. It noted that James's motion should therefore be construed as a writ of error *coram nobis*. The government conceded that James's convictions were no longer valid and did not file an objection to the report.

In 2017, the district court granted James's motion to vacate his conviction for receiving firearms as a convicted felon, construing the motion as a request for a writ of error *coram nobis*. It noted that, based on the R&R and an independent review of the record, James's motion should be granted and his firearm convictions vacated, due to our decision in *Clarke* rendering his convictions invalid.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Mr. Bruce Brown, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

Danielle Sylvester-Pierre
U.S. Probation Officer
400 N. Miami Avenue, 9th Floor
Miami, Florida 33128

Mr. Bradford M. Cohen
Bradford Cohen Law
1132 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316

FRED HADDAD, P.A.
315 S.E. 7th Street, Suite 301
Fort Lauderdale, Florida 33301
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:   _____/s/FredHaddad_____
        FRED HADDAD
        Florida Bar No. 180891
        Dee@FredHaddadLaw.com