UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    19-CR-20273-Moreno

UNITED STATES OF AMERICA,

-vs-

BILL K. KAPRI,
    Defendant.
_____/

## REPLY TO THE UNITED STATE'S RESPONSE TO OBJECTIONS TO GUIDELINE CALCULATION

    The Defendant would make a short reply to the United State's Response to the Defendant's Objection to the proper Guideline Calculation and that is that the proper guideline level is 20.

    The preparer of the PSR, Ms. Danielle Sylvester-Pierre, cites to *United States v. Elliot*, 732 F.3d 1307 (11th Cir. 2013) as authority to support a level 22 guideline range.

    With all due respect to the preparer, the two authoritative cases cited by the Defendant *United States v. Clarke*, 822 F.3d 1213 (11th Cir. 2016) and *United States v. James*, 769 Fed.Appx. 833 (11th Cir. 2019) are later cases, on point, that ipso facto, it is submitted, overrule *Elliot, supra*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Mr. Bruce Brown, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

Mr. Bradford M. Cohen
Bradford Cohen Law
1132 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316

Danielle Sylvester-Pierre
U.S. Probation Officer
400 N. Miami Avenue, 9th Floor
Miami, Florida 33128

FRED HADDAD, P.A.
315 S.E. 7th Street, Suite 301
Fort Lauderdale, Florida 33301
Tel:  [954] 467-6767
Fax:  [954] 467-3599

By:  */s/FredHaddad*
FRED HADDAD
Florida Bar No. 180891
Dee@FredHaddadLaw.com