## PROFESSIONAL VITAE

August 2019

**JOHN J. PALMATIER**

MIAMI-DADE OFFICE

Slattery Associates
8181 NW 154th Street, Suite 110
Miami Lakes, Florida 33016
(305) 592-7917
E-mail info@polygraphexperts.com

## EDUCATION

Ph.D.  Michigan State University, 1996
Social Science (Psychology and Criminal Justice)

M.S.  Michigan State University, 1991
Criminal Justice/Management and Evaluation

B.A.  Saginaw Valley State University, 1982
Psychology and Criminal Justice

## INITIAL POLYGRAPH TRAINING

August 1983 – December 1983     Canadian Police College, directed by the Royal Canadian Mounted Police (RCMP),
(Class 83-2)                    Ottawa, Ontario, Canada

## EMPLOYMENT HISTORY

**Private Sector**

2004 – Present     **Consultant/Polygraph Examiner –** conducts credibility assessments, research and
provides consulting services regarding credibility and matters associated with the legal
system/profession.

2011 – Present     **Adjunct Professor –** teach graduate courses in credibility assessment for the National
Security Affairs program and graduate courses as assigned for the PhD program at Nova
Southeastern University's Criminal Justice Institute, Davie, Florida

2003 – 2005        **Adjunct Professor –** teach graduate and undergraduate courses in Criminal Justice
Program.  Florida Metropolitan University, Pompano Beach, Florida

2002 – (Oct 2002)  **Professor/Researcher --** conducted basic and advanced Lie detection courses, administer
Lie detection examinations, and credibility assessment research for Institute of Automation,
Chinese Academy Sciences, and Beijing China.

2001 - 2002        **Professor/Researcher –** Conduct basic and advanced Lie Detection courses.  Administer
Lie Detection examinations and Credibility Assessment Research for Tsinghua TongFang
CO., LTD, 6 Floor, Xueyan B Building Tsinghua A University, Beijing 100084 China.

1

| 2000 - 2001 | **Vice President, Integritek Systems Inc.** – Research, Development, and Training, for software designed for the assessment of credibility. |
|---|---|
| 2000 - 2001 | **Verity Consulting** – Develop, conduct and interpret credibility assessment research, administer credibility assessment examinations, provide information and testimony regarding police practices and procedures. |

## Civilian Law Enforcement

| 2003 – (Oct 2003) | **Police Officer –** Return to basic patrol officer role to reacquaint self with modern duties and responsibilities and to acquire Florida Certification as a law enforcement officer. |
|---|---|
| 1983 – 2000 (Retired) | **Forensic Specialist -** Polygraph Examiner (retired) - Michigan State Police First District Headquarters, Lansing, Michigan. |
| 1977 - 1983 | **Uniformed Trooper** - Michigan Department of State Police in Battle Creek and Bridgeport, Michigan. |
| 1975 - 1977 | **Detective** - Saginaw City Police Department, Saginaw, Michigan. |
| 1973 - 1975 | **Uniformed Police Officer** - Saginaw City Police Department, Saginaw, Michigan. |

## Michigan Army National Guard

| 1985 - 1997 | **Special Investigating Officer** - Department of Defense, National Guard Bureau, Civil Rights Investigator (96-97), and Headquarters Michigan National Guard, examining allegations of sexual and racial discrimination, criminal offenses, waste/fraud, and abuse. |
|---|---|
| 1995 - 1997 | **Assistant Chief of Staff** - Major, Headquarters Michigan National Guard. |
| 1992 - 1995 | **Team Chief and Administrative Hearings Officer** - Officer Branch, Military Personnel Office, Headquarters, Michigan National Guard. |
| 1991 - 1992 | **Operations and Training Officer** - 46th Troop Command. |
| 1990 - 1991 | **Commanding Officer** - Detachment 1, Headquarters STARC, 72nd Support Brigade. |
| 1988 - 1990 | **Intelligence Officer** - Headquarters 72nd Support Brigade. |
| 1978 - 1988 | **Aeroscout Section Leader, Operations Officer, Executive Officer, and Intelligence Officer** - D Troop 1/238 Air Cavalry and 446th Attack Helicopter Battalions. |
| 1977 - 1978 | **Communications Platoon Leader** - F CO 425 Infantry (Ranger), Infantry Officer Basic and Airborne School, Ft. Benning, Georgia. |
| 1976 - 1977 | **Weapons Platoon Leader** - B CO 1/125 Infantry. |
| 1968 - 1973 | **Active Duty Military - Electronics technician/specialist, Military Police Officer, and Military Police Investigator** - with Army Security Agency.  Duty stations in Missouri, Massachusetts, Japan, Thailand, Texas, and Okinawa. |

## TEACHING EXPERIENCE

| | |
|---|---|
| 2012 – Present | Criminal Justice Organization and Management, Credibility Assessment – Theory, Credibility Assessment – Methods, Nova Southeastern University, Davie, Florida. |
| 2003 – 2005 | Overview of Criminal Justice System, Research writing, Interview and Interrogation, Research Methods, Graduate Level Statistics, Criminal Justice Management, Florida Metropolitan University, Pompano Beach, Florida. |
| 2001 – 2003 | Subjects related to Credibility Assessment, Criminal Investigation, and Police Procedures, Institute of Automation, Chinese Academy Sciences and Tsinghua TongFang CO., LTD Beijing, China. |
| 2000 – 2001 | Voice Analysis & Other Credibility Assessment Subjects, Integritek Systems Inc., Tampa, Florida. |
| 1991 | Introduction to the Criminal Justice System, Michigan State University, School of Criminal Justice, East Lansing, Michigan. |

## PROFESSIONAL ACTIVITIES

**Lectures**

| | |
|---|---|
| 2019 | **Applied Contemporary Theory: Roger Stone and the Mueller Investigation, A Case Study** – a presentation prepared especially for the American Polygraph Association 54th International Seminar And Workshop – Seminar for members of American Polygraph Association members, and other parties from around the Globe.  Hilton Bonnet Creek, Orlando, Florida |
| 2018 | **CVSA (Computer Voice Stress Analysis): Fiction vs. Fact** – a presentation prepared especially for the Florida Polygraph Association Fall Seminar/Workshop.  Lake Mary, Florida. |
| 2018 | **Physiology and The Instrumental Assessment of Credibility** – a presentation prepared especially for the Florida Polygraph Association Fall Seminar/Workshop.  Lake Mary, Florida. |
| 2018 | **Comments On Decision-Making And Numerical Scoring Of Polygraphic Data In Real-Life Cases** – a presentation prepared especially for the American Polygraph Association 53rd Annual Seminar/Workshop.  Austin, Texas. |
| 2018 | **Construct Validity: Psychophysiology and The Instrumental Assessment of Credibility?** – a presentation prepared especially for the American Association of Police Polygraphists Association 41st Annual Seminar/Workshop.  Louisville, Kentucky |
| 2017 | **Memory Detection or the Detection of Deception?** – a presentation prepared especially for the American Polygraph Association 52nd Annual Seminar/Workshop.  Las Vegas, Nevada |
| 2017 | **Psychophysiology and the Assessment of Credibility: Preliminary Process Theory, The Polygraph Process, and Construct Validity** – a presentation prepared especially for the Florida Polygraph Association Spring Seminar/Workshop.  Altamonte Springs, Florida |
| 2015 | **Credibility Assessment: Preliminary Process Theory, The Polygraph Process, and Construct Validity** – a presentation prepared especially for the American Polygraph Association 50th Annual Seminar/Workshop.  Chicago, Illinois |

2015            **What Does Theory Suggest for Polygraph Practice** – a presentation prepared especially for the American Polygraph Association 50th Annual Seminar/Workshop.  Chicago, Illinois

2014            **Polygraph's Construct Validity –** a presentation prepared for the SLC- Association of Criminal Defense Lawyers. St. Lucie County, Ft. Pierce Florida.

2014            **Credibility Assessment: Preliminary Process Theory, The Polygraph Process, and Construct Validity –** Canadian Association of Police Polygraphist Seminar and Meeting Canadian Police College, Ottawa, Ontario, Canada

2013            **Do You Really Know Why Polygraph Works: Construct Validity and The Assessment of Credibility** – a presentation prepared especially for the American Polygraph Association 48th Annual Seminar/Workshop.  Orlando, Florida.

2012            **The Evolution of the Polygraph and Credibility Assessment in the People's Republic of China** – a presentation prepared especially for the American Academy of Forensic Sciences 64th Annual Scientific Meeting.  Atlanta, Georgia.

2010            **The Neuroscientific Basis for Credibility Assessment** – a presentation prepared especially for the American Polygraph Association 45th Annual Seminar/Workshop.  Myrtle Beach, South Carolina.

2010            **The Polygraph: 多导心理生理测谎测试–** A Presentation Prepared Especially for Renmin University of China – Law School (the People's University of China) Beijing, China.

2000            **Lie Detection – Current Status/Future Directions –** Ministry of Public Security, Science and Technology, and Investigation Bureaus.  Beijing, China.

2000            **The CVSA and Voice Stress Analysis** –American Polygraph Association 35th Annual Seminar/Workshop.  Fort Lauderdale, Florida.

1999            **The CVSA and Voice Stress Analysis** – 28th Annual National Polygraph Workshop.  Saginaw Valley State University, University Center, Michigan.

1998            **Validity of the Directed Lie Control Question** – Continuing education presentation for the Michigan Association of Polygraph Examiners.  Livonia, Michigan.

1996            **Survey Research Interviews: Theory and Practice** – Michigan Family Independence Agency, Office of Quality Assurance.  Lansing, Michigan.

1996            **Deception in Child Abuse and Criminal Sexual Conduct Investigations** – Michigan Office of the Children's Ombudsman.  Lansing, Michigan.

1995            **Factitious disorder, Malingering and Deception in Mental Health settings** – Michigan Recipient Rights Advocates Association.  Ypsilanti, Michigan.

1993            **Was It A Crime?  Munchausen and Munchausen by Proxy Syndromes** – Macomb County Detectives Association.  Warren, Michigan.

1992            **When The Truth Is Important: Interviewing Strategies** – International Association of Internal Auditors.  East Lansing, Michigan.

1991/1992       **Credibility Assessment and The Polygraph** – University of Michigan Law School.   Ann Arbor, Michigan.

| 1986-1989 | **Credibility Assessment and The Polygraph** – Criminal Justice courses at Michigan State University.  East Lansing, Michigan. |
| 1987 | **Credibility Assessment and The Polygraph** – Cooley Law School.  Lansing, Michigan. |
| 1986-1988 | **Graduate Research Assistance:** Psychophysiological Research Focusing on Credibility Assessment – School of Criminal Justice, Michigan State University.  E Lansing, MI. |

## Panel Discussions, Colloquia & Seminars Presented:

| 2019 | **Expert Panel – American Polygraph Association, 54th International Seminar And Workshop** – Seminar for members of American Polygraph Association members, and other parties from around the Globe.  Hilton Bonnet Creek, Orlando, Florida |
| 2017 | **Featured Speaker - Beijing Tong Fang ShenHuo, 14th International Seminar And Workshop** – Seminar for members of Public Security Bureaus, Prosecutor's Offices, Public Security Police Universities, and other parties from throughout China.  JiaXing, People's Republic of China. |
| 2012 | **Continuing Advances in Cognitive Neuroscience Research, Their Relationship, and Application to Credibility Assessment in a Polygraph Context** – Seminar for members of Public Security Bureaus, Prosecutor's Offices, Public Security Police Universities, and other parties from throughout China.  Nanning, People's Republic of China. |
| 2011 | **Advances in Cognitive Neuroscience Research and Their Relationship to Credibility Assessment in a Polygraph Context** – Seminars for members of Public Security Bureaus, Prosecutor's Offices, Public Security Police Universities and other parties from throughout China.  Chengdu and Beijing, Xiao Tangshan, People's Republic of China. |
| 2010 | **Cognitive Neuroscience and Other Related Advances in Credibility Assessment and the Polygraph** – Seminars for members of Public Security Bureaus, Prosecutor's Office's, Public Security Police Universities and other parties from throughout China.  Xiamen and Hangzhou, People's Republic of China. |
| 2009 | **Advances in Lie Detection and Credibility Assessment** – Seminars for members of Public Security Bureaus, Prosecutor's Office's, and Public Security Police Universities from throughout China.  Chongqing and Guangzhou, People's Republic of China. |
| 2008 | **THE TRUTH: WHO, WHAT, WHERE, WHEN, WHY AND HOW** – a seminar presentation for the annual meeting of the Florida Lawyers Assistance, Naples Florida. |
| 2008 | **Advances in Lie Detection and Credibility Assessment** – a seminar for members of Public Security Bureaus, Prosecutor's Office's, and Public Security Police Universities from throughout China.  XiangShan, Beijing, People's Republic of China. |
| 2008 | **Credibility Assessment (The Polygraph Process)** – An Introduction - presentation to the Public Defender's Office for the Florida 19th Circuit, St. Lucie County, Ft. Pierce Florida. |
| 2008 | **Anatomy of Interrogation** – CLE (Continuing Legal Education) presentation to the Miami-Dade FACDL (Florida Association of Criminal Defense Lawyers) Young Lawyers Division, Miami, Florida. |
| 2000-2003 | **Issues Related to Lie Detection and Credibility Assessment** – Colloquiums and panel discussions for Ministry of Public Security, and Prosecutor's Office's throughout China. |

1997      **Scientific Advances in the Assessment of Credibility** – Colloquium and panel discussion, the Ministry of Public Security.  Beijing, People's Republic of China.

1997      **Management and Supervision In American Law Enforcement Agencies** – Panel discussion, the Ministry of Public Security, Provincial Headquarters.  Guiyang, Guizhou, People's Republic of China.

1997      **The Polygraph and Lie Detection in Criminal Investigations** – Seminar and panel discussion, the Ministry of Public Security, Provincial Headquarters.  Guiyang, Guizhou, People's Republic of China.

1993      **Factitious Disorder, Munchausen, and Munchausen by Proxy Syndromes** – Professional Staff Organization, Tri-County Mental Health Board.  Lansing, Michigan.

1991      **The Polygraph and Lie Detection in Criminal Investigations** – Seminar and panel discussion, the Ministry of Public Security, Provincial Headquarters.  Hangzhou, People's Republic of China.

1991      **The Polygraph and Lie Detection: Theory and Research** – Seminar, the Beijing Yanjing Science and Technology Corporation, the Ministry of Public Security.  Beijing, People's Republic of China.

1991      **The Polygraph and Lie Detection Research** – Colloquium and panel discussion. Interrogation Division, the Ministry of Public Security, Beijing, People's Republic of China.

1991      **The Polygraph and Lie Detection Research** – Colloquium and panel discussion.  Beijing Forensic Institute.  Beijing, People's Republic of China.

1990      **The Polygraph and Its Use In Criminal Investigations** – Colloquium and panel discussion.  Tokyo Police Headquarters, Criminal Investigation Division, Tokyo, Japan.

**Expert Testimony:**

2018      **Polygraph and Related Validity Issues** − Testimony for the defense in an Evidentiary hearing before the Shelby Circuit Court, County of Shelby, State of Indiana  vs. Elliott J. Beaver, CAUSE NO. 73C01-1805-F4-000008 (December 2018).

2018      **CVSA (Computer Voice Stress Analysis) validity and Investigative Issues** −Testimony for the defense in an arbitration/grievance hearing for the Suncoast Professional Firefighters & Paramedics, IAFF Local 2546  (Regarding the termination Of) Lt. (formerly Capt.) Nicholas Herlihy, Cedar Hammock Fire District, Bradenton, Florida (December 2018).

2018      **Polygraph and Related Validity Issues** −Testimony for the defense in a Military (United States Marine Corps) Board of Inquiry ICO (In Care Of) Colonel Roger McDuffie, Marine Corps Base Camp Lejeune, NC (January 2018).

2017      **Polygraph and Related Validity Issues** − Trial Testimony for the defense in a civil matter, Case No. 1:14 CV 04391, in The United States District Court Northern District of Illinois Eastern Division, Nicole Harris, Plaintiff, vs. City Of Chicago, Chicago Police Officers Robert  Bartik, #3078; Demosthenes Balodimas, #21204; Robert Cordaro, #20680; John J. Day, #20926;  James M. Kelly, #21121;  Michael Landando, #20417; Anthony Noradin, #21252; and  Randal Wo, #20232;  Assistant Cook County State's Attorneys Andrea Grogan and Lawrence O'Reilly;  and The County Of Cook, Defendants (November 15, 2017).

2017      **Polygraph and Related Validity Issues −**Testimony in an Arthur (Evidentiary) hearing before Judge Alan Fine, Florida 11th Circuit Court, State of Florida vs. Osman Lopez (April, 2017).

2017      **Polygraph and Related Validity Issues −** Deposition Testimony in a matter before the USDC SD FL West Palm Beach Division, Case No. 16-Cv-81238-RLR, John Walter, Plaintiff, V. Jet Aviation Flight Services, Incorporated, a Maryland Corporation, and Matthew Raver.

2016      **Polygraph and Related Validity Issues −** Deposition Testimony in a matter before the Equal Employment Opportunity Commission (EEOC), Miami, Florida.
(07/2016 – EEOC and Debora Velazquez vs Stanley M Glaser… USDC SD FL 1:15-cv-23642-KMW/Simonton)

2016      **Polygraph and Related Validity Issues −** Florida Supreme Court directed review of a matter before the Florida Bar, Miami, Florida.
(04/2016 – Florida Bar vs Arturo Dopazo III SC15-1305)

2015      **Polygraph and Related Validity Issues −** Florida Supreme Court directed review of a matter before the Florida Bar, Miami, Florida.
(11/2015 – Florida Bar vs Jeremy W Alters SC14-100)

2015      **Polygraph and Related Validity Issues −**Cynthia Potter vs. The City of Miami Gardens, Case No. 10-29849 CA 08, Federal District Court, Miami-Dade County

2013      **Polygraph and Related Validity Issues −** State of North Dakota vs. Thomas James Tepley, Case No. 08-2012-cr-03162, et al, South Central Judicial District, Burleigh County.

2012      **CVSA and Related Validity Issues −** Louisiana State Senate Sub-committee hearing – testimony regarding the use of the CVSA for sexual offender testing.

2012      **Polygraph and Related Validity Issues −** Florida Supreme Court directed review of a matter before the Florida Bar, Miami, Florida.
(01/2012 – Florida Bar vs Jeremy W Alters SC11-2467)

2009      **Polygraph and Related Validity Issues −** State of Florida vs. Andrew M. Gosciminski; Case No: 562002-CF-003515A, 19th Judicial Circuit, St. Lucie County.

2008      **Polygraph and Related Validity Issues −** State of Florida vs. James Norman Albritton Case No. 2008-CA-197, 19th Judicial Circuit, Okeechobee County.

2005      **Polygraph and Related Validity Issues** – U.S. Federal District Court, Fort Lauderdale, Florida

2004      **Polygraph and Related Validity Issues** – U.S. Federal District Court, Miami, Florida

1996      **Personnel Selection, Job Analysis, and Validity Assessment** – Michigan Department of Civil Service. Lansing, Michigan

1993      **Statement Analysis and Credibility, Police Patrol Activities** – Michigan Department of Civil Service. Selfridge Air National Guard Base, Mount Clemens, Michigan

1993      **Personnel and Job Performance Evaluation, Instrument Construction and Validity Issues** – Michigan Department of Civil Service. Lansing, Michigan.

| 1991 | **The Criminal Investigation Process** – Michigan Department of Civil Service.  Lansing, Michigan. |
| 1990 | **Munchausen's Syndrome and Munchausen Syndrome by Proxy** – Barry County Circuit Court.  Hastings, Michigan. |
| 1987 | **The Polygraph & Lie Detection** – Shiawassee County Circuit Court.  Corunna, Michigan. |

**PROFESSIONAL ORGANIZATIONS:**

| 2005 – Present
1990 – 1997 | Americans Psychological Association |
| 2011 – Present | American Academy of Forensic Sciences. |
| 2010 – Present | Association for the Treatment of Sexual Abusers (**ATSA**) |
| 1985 – Present | American Polygraph Association.
School Accreditation Revision Committee (1992-93). |
| 1983 – 1993 | Canadian Association of Police Polygraphists. |
| 1985 – 2000 | Michigan Association of Polygraph Examiners.  Member, Board of Directors. |
| 1988 – 1993 | Midwest Criminal Justice Association. |

## SELECTED PAPERS

Palmatier, J. J., & Rovner, L. (2015). Credibility Assessment: Preliminary Process Theory, the Polygraph Process, and Construct Validity. International Journal of Psychophysiology, 95(1), 3-13. doi:10.1016/j.ijpsycho.2014.06.001

Palmatier, J. J., & Rovner, L. (2015). Rejoinder to commentary on Palmatier and Rovner (2014): Credibility Assessment: Preliminary Process Theory, the Polygraph Process, and Construct Validity. International Journal of Psychophysiology, 95(1), 31-34. doi:10.1016/j.ijpsycho.2014.11.009

Palmatier, J.J. (2008).  Systemes d'analyse du stress dans la voix: vrais detecteurs de mensonges?  Un point de vue des Etats-Unis [English Title - Voice Stress Analysis: Questions Separating Fact from Fantasy].  Actualité Juridique Pénal (3/2008, pp. 124-127) (Text in French).

Horvath, F. & Palmatier, J.J. (2008).  Two Types of Control Questions and Two Question Formats on the Outcomes of Polygraph Examinations.  Journal of Forensic Sciences, 53(4), 889-899. doi: 10.1111/j.1556-4029.2008.00775.x

Palmatier, J.J. & Zhang, X.H. (2002, Fall).  Lie Detection In China: Where Is It and Where Is It Going.  Evidence Forum.  The Chinese Procurator Office: Publisher, Beijing, China.  (Text in Chinese).

Palmatier, J. J.  (1999, June) The CVSA: Modern Technological Innovation or "The Emperor's New Clothes"?  GP Solo and Small Firm Technical Update.  American Bar Association: Chicago, Ill.

Palmatier, J., Brandt, C., & Hunter, J. E. (1998, April).  Personality In Police Selection:  Examining Training and Job Performance Longitudinally.  Paper presented at the annual meeting of the Society of Industrial/ Organizational Psychologists, Dallas, Texas.

Palmatier, J. J. (1996). The big five-factors and hostility in the MMPI and IPI: Predictors of Michigan state trooper job

performance (Doctoral dissertation, Michigan State University. School of Criminal Justice).

Kaufman, G., Smith, R., & Palmatier, J. (1994).  An Assessment of Undercover Officer Spouse/Mate Relationships. In J. T. Reese & E. Scrivner (Eds.), Law Enforcement Families: Issues and Answers (pp. 111-115). FBI Academy, Quantico, Virginia, Washington, D. C.: U. S. Government Printing Office.

Palmatier, J. J. (1991). Analysis of two variations of control question polygraph testing utilizing exclusive and nonexclusive controls (Doctoral dissertation, Michigan State University. School of Criminal Justice).

Palmatier, J. (1989, October).  The detection of deception: A pilot study to examine within a real life context nonverbal behaviors and paralinguistic cues previously tested in the laboratory.  Paper presented at the annual meeting of the Midwest Criminal Justice Association, Chicago, Illinois.

Palmatier, J. (1988, October).  A comparison of two techniques and two types of control questions in the physiological detection of deception.  Paper presented at the annual meeting of the Midwest Criminal Justice Association, Chicago, Illinois.

Palmatier, J. (1988, October).  A review and analysis of social science paradigms in communication and eyewitness research. Paper presented at the annual meeting of the Midwest Criminal Justice Association, Chicago, Illinois.

Palmatier, J. (1987, August).  Analysis of exclusive and non-exclusive controls utilizing two variations of control question polygraph testing.  Paper presented at the annual meeting of the American Polygraph Association, Fort Worth, Texas.

## RESEARCH

The Accuracy of the Guilty Knowledge Test Compared to the Control/ Comparison Question Test Using Probable Lie and Directed Lie Comparison Questions.  Proposal accepted, data collection finished, currently conducting data analysis and interpreting results.  Beijing Police University, Ministry of Public Security, Beijing, China

A Field Study to Test the Validity and Comparative Accuracy of Voice Stress Analysis As Measured by the CVSA: In A Psychophysiological Context.  Office of Naval Research Grant No. N00014-97-1-1025, final draft of research report written and reviewed, submission to sponsoring agency.

A Longitudinal Analysis of Police Selection/Screening Procedures Using Psychological Testing.  Final Report to Department of State Police May 99.

Personality Structure and Correlates of Truth and Deception in a Psychophysiological Context.  Instruments administered data to be entered into database for further analyses.

The Validity of a Variant of Directed Lie Control Questions in a Psychophysiological Context.  Preliminary data analysis finished and results presented to Michigan Association of Polygraph Examiners November 1998.

### HONORS and AWARDS

| | |
|---|---|
| 1996 | Donald S. Leonard Award for Academic Achievement, Criminal Division, Michigan Bar Association. |
| 1983 – 2000 | Michigan State Police – Four Department Citations for Professional Excellence. |
| 1982 | B.A. Summa Cum Laude. |
| 1979 | Honor Graduate, Army Officer Aviator Course.  Fort Rucker, Alabama. |
| 1977 | Leadership Honor Graduate, Officer Candidate School, Michigan Military Academy. |
| 1976 | Distinguished Service Medal, Saginaw Police Department.  Saginaw, Michigan. |

1975                    Courageous Service Medal, Saginaw Police Department.  Saginaw, Michigan.

**<u>REFERENCES:</u>**

Frank Horvath, Ph.D.
Prof. Emeritus, Michigan State University
Chief, Special Studies (Retired – 2017)
National Center for Credibility Assessment (NCCA)
7540 Pickens Ave.
Fort Jackson, SC   29207-6804

Leo Wisniewski Jr.
703-338-3469
Retired Deputy Assistant Director
United States Secret Service
Chief Internal Security and Investigations Division (Retired – 06/2016)
Department of Homeland Security
Washington, DC 20528

Peter Munoz, United States Marshal (Retired)
(616) 456-2438
Western District of Michigan
Federal Building
110 Michigan Avenue, N.W., Room 544
Grand Rapids, MI 49503