AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 19-20273-CR-MARTINEZ |
| Bill K. Kapri, a/k/a Dieuson Octave, a/k/a "Kodak Black" | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Duty Magistrate Judge<br>C/O U.S. Marshal Service<br>400 N Miami Ave, 6th Floor, Miami, FL 33128 | Courtroom No.: |  |
| --- | --- | --- | --- |
| **Pursuant to Administrative Order 2020-33, a mask must be worn at all times in a federal courthouse facility.** | | Date and Time: | 9/16/2021 report at 10:30 a.m. for 1:30 p.m. hearing |

This offense is briefly described as follows:

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.

Date:    9/2/2021

*Issuing officer's signature*

Diane Quinn, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:  9/9/21

*Server's signature*

Yamilec Sanchez, USPO
*Printed name and title*