# MINUTE ORDER

Page 7

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor       Date: 9/27/2021    Time: 1:30 p.m.

Defendant: BILL KAPRI           J#: 18149-104      Case #: 19-CR-20273-MARTINEZ
AUSA: Bruce Brown                               Attorney: Bradford Cohen
Violation: SUPERVISED RELEASE VIOLATION         Surr/Arrest Date: SUMMONS    YOB: 1997

Proceeding: Initial Appearance                  CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No      Recommended Bond:
Bond Set at:                                    Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [x] Other: Comply w/all existing conditions of Supervision

Language: English

Disposition:
Defendant advised of rights and charges

Defendant consented to appear via video

USPO Yamilee Sanchez present

*STIP $25K Personal Surety Bond with the condition that Defendant remain in the Residential Program he is currently in, for 90 days*

**Brady warning given**

(Released)

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:       Time:       Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:33:32                                 Time in Court: 10 mins

s/Lauren F. Louis                               Magistrate Judge