# MINUTE ORDER

Page 1

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse – 6th Floor        Date: 12/14/23   Time: 2:00 p.m.

Defendant: BILL KAPRI        J#: 18149-104        Case #: 19-20273-CR-MARTINEZ
AUSA: Bruce Brown            Attorney: Robert Buschel – TEMP
Violation: VIOLATION OF SUPERVISED RELEASE        Surr/Arrest Date: 12/14/23   YOB: 1997

Proceeding: Initial Appearance on Superseding Petition        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond: Temporary Detention
Bond Set at:                            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft advised of rights and charges.
- Deft. sworn;
- USPO – T. Okun present;
- Counsel Buschel present filed Temporary Notice of Appearance.
- Government seeks No Bond
- Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE: Detention and P.C. Hearing   12/15/23   10:00   Duty Magistrate Judge
D.A.R. 14:32:45; 14:34:03        Time in Court: 12 minutes

s/Eduardo I. Sanchez