# COURT MINUTES
Page 2

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor          Date: 12/15/2023  Time: 10:00 a.m.

Defendant: **BILL K. KAPRI**          J#: **18149-104**   Case #: **19-CR-20273-MARTINEZ**
AUSA: _Nardia Haye_          Attorney: **ROBERT BUSCHEL (TEMP)**
Violation: **SUPERVISED RELEASE VIOLATION**
Proceeding: **SC re RRC/Detention/Probabale Cause**          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond: **TEMP PTD**
Bond Set at:                                              Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
*Brady given

Defense Counsel not present

Gov't request for a reset is Granted
(witness has a conflict, subpoenaed for Tuesday)

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 12/19/23  1:30  Duty Magistrate Judge
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:09:46          Time in Court: 1 Minute