UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-CR-20273-MARTINEZ**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BILL K. KAPRI,
Reg. No. 18149-104

       Defendant.

_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF OFFENDER UNDER SUPERVISION

**THIS MATTER** comes before the Court upon the Superseding Petition for Offender Under Supervision **[ECF No. 120]**. A hearing was held on Wednesday, February 21, 2024. The defendant freely and voluntarily admitted to Violation 6 of the Superseding Petition in front of United States District Judge Jose E. Martinez. Based on the Defendant's admittance as to Violation 6, the Court finds the Defendant has violated the terms and conditions of supervised release. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Defendant Bill K. Kapri's period of supervised release is **REVOKED**. The Defendant is hereby sentenced to a term of **TIME SERVED with no supervised release to follow.** All other violations in the Superseding Petition were dismissed.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 21 day of February, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      U.S. Probation Officer